IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> ALLIED SYSTEMS HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 12-11564 (CSS) <br> (Jointly Administered) <br> Re: Docket Nos. 425, 430, 445, 453, 466 & 507 |

## ORDER DENYING STAY RELIEF REQUESTS WITHOUT PREJUDICE

Upon (i) the *Motion of Norman Fredrick Wessels, Joyce Elaine Wessels, and Gladys Ann Walker for Relief from the Automatic Stay to Pursue Personal Injury Claims* [Docket No. 425] (the "**Wessels Motion**"), filed on September 11, 2012 by Norman Fredrick Wessels, Joyce Elaine Wessels and Gladys Ann Walker (collectively the "**Wessels**"), (ii) the *Motion of Donald Smodic and Dory Smodic for Relief from the Automatic Stay Pursuant to 362(d) to Pursue Personal Injury Claim* [Docket No. 430] (the "**Smodic Motion**"), filed on September 13, 2012 by Donald Smodic and Dory Smodic (collectively, the "**Smodics**"); (iii) the *Joinder of Michael Jay Meyer to Motion of Norman Fredrick Wessels, Joyce Elaine Wessels, and Gladys Ann Walker for Relief from the Automatic Stay to Pursue Personal Injury Claims* [Docket No. 445] (the "**Meyer Joinder**"), filed on September 21, 2012 by Michael Jay Meyer ("**Meyer**") and (iv) the *Joinder of Dale and Tonia Woudstra to Motion of Norman Fredrick Wessels, Joyce Elaine Wessels, and Gladys Ann Walker for Relief from the Automatic Stay to Pursue Personal Injury Claims* [Docket No. 453] (the "**Woudstra Joinder**," and together with the Wessels Motion,

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

RLF1 7270405v.1

the Smodic Motion and the Meyer Joinder, the "**Stay Relief Requests**"), filed on September 24, 2012 by Dale Woudstra and Tonia Woudstra (collectively, the "**Woudstras**," and together with the Wessels, the Smodics and Meyer, the "**Stay Relief Movants**"); and the above-captioned debtors and debtors in possession having filed the *Debtors' Objection to the Motions for Relief from Stay of Donald and Dory Smodic, Fred and Joyce Wessels, Gladys Walker, Michael Jay Meyer, and Dale and Tonia Woudstra* (the "**Objection**") [Docket No. 466]; and the Court having reviewed the Stay Relief Requests, the Objection and all pleadings related thereto; and after a hearing conducted on September 28, 2012 (the "**Hearing**") on the Stay Relief Requests; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and after due deliberation and sufficient cause appearing therefor,

## NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. For the reasons set forth at the Hearing, each Stay Relief Requests is **DENIED** without prejudice.

2. The Stay Relief Movants shall have leave to re-notice the Stay Relief Requests after January 2, 2013.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: October ___, 2012
       Wilmington, Delaware

                                                THE HONORABLE CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE